THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARVIN SEABROOK, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [763 NYS2d 785] —Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.